# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-4126

_____

| | | |
|---|---|---|
| Fred Guy Monaco, II, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Edward O. Parker, Individually and as | * | Appeal from the United States |
| agent for the City of North Little Rock, | * | District Court for the Eastern |
| Arkansas; Phillips Brothers Wrecker | * | District of Arkansas. |
| Service, Individually and as agent for | * | |
| the City of North Little Rock, Arkansas; | * | [UNPUBLISHED] |
| Sally Brit, Supervisor to Ed Parker; | * | |
| Myra Miller, Assistant to Ed Parker; | * | |
| The City of North Little Rock, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 1, 1999
Filed: July 14, 1999

_____

Before HANSEN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Fred Guy Monaco, II appeals the district court's adverse rulings granting summary judgment to the parties sued by Monaco and denying Monaco's motion to reconsider. Having reviewed the record and the parties' briefs, we agree with the

district court's rulings and conclude that an extended opinion is unwarranted.  We thus affirm the district court without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.